Scott Tropio (SBN: 110032)
 scott.tropio@wilsonelser.com
Daniel Hurwitz (SBN: 235260)
 dan.hurwitz@wilsonelser.com
**WILSON, ELSER, MOSKOWITZ,**
 **EDELMAN & DICKER LLP**
555 South Flower Street, Suite 2900
Los Angeles, California 90071
Telephone:   (213) 443-5100
Facsimile:    (213) 443-5101

Attorneys for Defendants
TESORO REFINING & MARKETING CO. LLC and
ANDEAVOR LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| WALTER SCOTT, | Case No.: 4:20-cv-04875-JSW |
| Plaintiff, | Magistrate Judge Jeffrey S. White<br>Dept.:    5 |
| vs. | **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS (LOCAL RULE 3-15)** |
| TESORO REFINING & MARKETING CO. LLC and ANDEAVOR LLC, | |
| Defendants. | **Hearing Date:**    September 11, 2020<br>**Hearing Time:**    9:00 am. |

**TO THIS COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding (this information was previously set forth in CM/ECF Document 8-1):

- Tesoro Refining & Marketing Company LLC (Defendant), which is a direct, wholly-owned subsidiary of:

- Western Refining Southwest, Inc.; and

1

1    • <u>Andeavor LLC</u> (Defendant), which is a direct, wholly owned subsidiary of:

2    • <u>Marathon Petroleum Corporation.</u>

3

4    Dated: August 5, 2020                          WILSON, ELSER, MOSKOWITZ,

5                                                      EDELMAN & DICKER LLP

6

7                                          By: /s/ Daniel S. Hurwitz
                                              Scott T. Tropio
8                                             Daniel S. Hurwitz
                                              Attorneys for Defendants,
9                                             TESORO REFINING & MARKETING
                                              CO. LLC and ANDEAVOR LLC

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS (LOCAL RULE 3-15)**

3705600v.1

**CERTIFICATE OF SERVICE**

**FEDERAL COURT PROOF OF SERVICE**

**United States District Court, Northern District of California**
**Case No.**  4:20-cv-04875-JSW

At the time of service, I was over 18 years of age and not a party to the action.  My business address is 555 South Flower Street, Suite 2900, Los Angeles, California, 90071.  I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On **August 5, 2020**, I served the following document(s):

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS (LOCAL RULE 3-15)**

I served the document(s) on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

The documents were served by the following means:

**[X]**    **(BY COURT'S CM/ECF SYSTEM)** Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on **August 5, 2020**, at Los Angeles, California.


      */s/Griselda Greer*            .
       Griselda Greer

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS (LOCAL RULE 3-15)**

3705600v.1