Mark E. Lowary, Esq. (SBN 168994)
Bryan G. Ceglio, Esq. (SBN 312682)
BERMAN BERMAN BERMAN
SCHNEIDER & LOWARY, LLP
2390 Professional Drive
Roseville, California 95661
Telephone: (916) 846-9391
Facsimile: (916) 672-9290
E-mail: melowary@b3law.com
E-mail: bceglio@blaw.com

Attorneys for Cross-Defendant
HENNER TANK LINES, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WALTER SCOTT, <br><br> Plaintiff, <br><br> vs. <br><br> TESORO REFINING & MARKETING, COMPANY, LLC, <br><br> Defendant(s). | CASE NO: 4:20-CV-04875-JSW <br><br> **CROSS-DEFENDANT HENNER TANK LINES, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS CROSS-COMPLAINANT'S CROSS-COMPLAINT [FRCP, Rule 12(b)(6)]** <br><br> Date:    January 8, 2021 <br> Time:    9:00 a.m. <br> CRTRM:  Courtroom 5, 2nd Floor |
| TESORO REFINING & MARKETING COMPANY, LLC, <br><br> Cross-Complainant, <br><br> vs. <br><br> HENNER TANK LINES, INC., and ROES 1-50, <br><br> Cross-Defendant(s). | |

///

///

///

///

## NOTICE OF MOTION AND MOTION TO DISMISS

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, on January 8, 2021 at 9:00 a.m., or as soon thereafter as the matter may be heard, in Courtroom 5, 2nd Floor in the above-entitled Court located at 1301 Clay Street, Oakland, California 94612, Cross-Defendant HENNER TANK LINES, INC. ("Cross-Defendant") will and hereby does move the above entitled Court pursuant to Federal Rule of Civil Procedure 12(b)(6) to dismiss all claims in the Cross-Complaint by Cross-Complainant TESORO REFINING & MARKETING COMPANY, LLC ("TRMC") against Cross-Defendant.

This motion ("Motion") is made on the grounds that TRMC's causes of action for express indemnity, breach of contract, equitable indemnity, and declaratory relief against Cross-Defendant should be dismissed for failure to state a claim upon which relief can be granted.

This Motion is based upon this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities in support thereof, all pleadings and other papers on file in this action, the and upon such other matters as may be presented to the Court at the time of the hearing.

DATED: November 24, 2020

BERMAN BERMAN BERMAN
SCHNEIDER & LOWARY, LLP

By: */S/ Bryan G. Ceglio*
MARK E. LOWARY, ESQ.
BRYAN G. CEGLIO, ESQ.
Attorneys for Defendant,
HENNER TANK LINES, INC.

I, Debbie A. Main, declare:

I am a citizen of the United States, am over the age of eighteen years, and am not a party to or interested in the within entitled cause. My business address is 2390 Professional Drive, Roseville, CA 95661.

On November 24, 2020, I served the following document(s) on the parties in the within action:

| | |
|---|---|
| **X** | I hereby certify that on **November 24, 2020**, a copy of the foregoing list of documents were filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.<br><br>**CROSS-DEFENDANT HENNER TANK LINES, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS CROSS-COMPLAINANT'S CROSS-COMPLAINT [FRCP, Rule 12(b)(6)]** |

I declare under penalty of perjury under the laws of the State of California that the foregoing is a true and correct statement and that this Certificate was executed on November 24, 2020.

By: _____

## Service List

| | |
|---|---|
| **Ben Agosto, III**, **Esq.**<br>**Ryan Sterling Pigg, Esq.**<br>The Buzbee Law Firm<br>600 Travis St., Suite 7300<br>Houston, TX 77002<br>Tel: 713-223-5393<br>Fax: 713-223-5909<br>E-mail: bagosto@txattorneys.com<br>            rpigg@txattorneys.com<br>**Attorneys for PLAINTIFF WALTER SCOTT** | **Joel Zane Montgomery, Esq.**<br>**Z. Alex Rodriguez, Esq.**<br>**Jonathan B. Smith, Esq.**<br>Shipley Snell Montgomery Droog LLP<br>712 Main St. - Ste 1400<br>Houston, TX 77002<br>Tel: (713) 652-5920<br>Fax: 713-652-3057<br>E-mail: jmontgomery@shipleysnell.com<br>            jsmith@shipleysnell.com<br>            jsmith@shipleysnell.com<br>**Attorney for DEFENDANT ANDEAVOR, LLC and DEFENDANT/CROSS-COMPLAINANT TESORO REFINING & MARKETING CO., LLC** |
| **Adante Pointer, Esq.**<br>Pointer & Buelna, LLP<br>Lawyers For The People<br>1901 Harrison Street, Suite 1140<br>Oakland, CA 94612<br>Tel: (510) 929-5400<br>E-mail: Apointer@lawyersftp.com<br>**Attorneys for PLAINTIFF WALTER SCOTT** | **Scott Thomas Tropio, Esq.**<br>Tropio & Morlan<br>21700 Oxnard St., Ste. 1700<br>Woodland Hills, CA 91367<br>Tel: 818-883-4000<br>Fax: 818-883-4242 (fax)<br>E-mail: scott.tropio@wilsonelser.com<br>**Attorneys for DEFENDANT TESORO REFINING & MARKETING CO., LLC** |
| Daniel S. Hurwitz, Esq.<br>Wilson Elser Moskowitz<br>Edelman & Dicker LLP<br>555 S. Flower Street - Suite 2900<br>Los Angeles, CA 90071-2407<br>213.330.8764 (Direct)<br>310.709.7714 (Cell)<br>213.443.5100 (Main)<br>213.443.5101 (Fax)<br>E-mail: dan.hurwitz@wilsonelser.com<br>**Attorneys for DEFENDANT/CROSS-COMPLAINANT TESORO REFINING & MARKETING CO., LLC and DEFENDANT ANDEAVOR, LLC** | |