Mark E. Lowary, Esq. (SBN 168994)
Bryan G. Ceglio, Esq. (SBN 312682)
BERMAN BERMAN BERMAN
SCHNEIDER & LOWARY, LLP
2390 Professional Drive
Roseville, California 95661
Telephone: (916) 846-9391
Facsimile: (916) 672-9290
E-mail: melowary@b3law.com
E-mail: bceglio@blaw.com

Attorneys for Defendant HENNER TANK LINES, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WALTER SCOTT,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>TESORO REFINING & MARKETING, COMPANY, LLC,<br><br>　　　　Defendant(s).<br><br>TESORO REFINING & MARKETING COMPANY, LLC,<br><br>　　　　Cross-Complainant,<br><br>　vs.<br><br>HENNER TANK LINES, INC., and ROES 1-50,<br><br>　　　　Cross-Defendant(s). | CASE NO: 4:20-CV-04875-JSW<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS [LOCAL RULE 3-15]** |

TO THIS COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject mater or in a party that could be substantially

affected by the outcome of this proceeding (this information was previously set forth in CM/EFC Document 8-1):

    1.    Henner Tank Lines, Inc.

    2.    Douglas Henner

    3.    Deborah Henner

    4.    Erwin Lynn Group, LLC

DATED: November 25, 2020

                                  BERMAN BERMAN BERMAN
                                  SCHNEIDER & LOWARY, LLP

                                  */S/ Bryan G. Ceglio*
                        By:_____
                                  MARK E. LOWARY, ESQ.
                                  BRYAN G. CEGLIO, ESQ.
                                  Attorneys for Defendant,
                                  HENNER TANK LINES, INC.

I, Debbie A. Main, declare:

I am a citizen of the United States, am over the age of eighteen years, and am not a party to or interested in the within entitled cause. My business address is 2390 Professional Drive, Roseville, CA 95661.

On November 25, 2020, I served the following document(s) on the parties in the within action:

| | |
|---|---|
| **X** | I hereby certify that on **November 25, 2020**, a copy of the foregoing list of documents were filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS [LOCAL RULE 3-15]** |

I declare under penalty of perjury under the laws of the State of California that the foregoing is a true and correct statement and that this Certificate was executed on November 25, 2020.

By: _/s/ Debbie Main_

# Service List

| | |
|---|---|
| **Ben Agosto, III, Esq.**<br>**Ryan Sterling Pigg, Esq.**<br>The Buzbee Law Firm<br>600 Travis St., Suite 7300<br>Houston, TX 77002<br>Tel: 713-223-5393<br>Fax: 713-223-5909<br>E-mail: bagosto@txattorneys.com<br>      rpigg@txattorneys.com<br>**Attorneys for PLAINTIFF WALTER SCOTT** | **Joel Zane Montgomery, Esq.**<br>**Z. Alex Rodriguez, Esq.**<br>**Jonathan B. Smith, Esq.**<br>Shipley Snell Montgomery Droog LLP<br>712 Main St. - Ste 1400<br>Houston, TX 77002<br>Tel: (713) 652-5920<br>Fax: 713-652-3057<br>E-mail: jmontgomery@shipleysnell.com<br>      jsmith@shipleysnell.com<br>      jsmith@shipleysnell.com<br>**Attorney for DEFENDANT ANDEAVOR, LLC and DEFENDANT/CROSS-COMPLAINANT TESORO REFINING & MARKETING CO., LLC** |
| **Adante Pointer, Esq.**<br>Pointer & Buelna, LLP<br>Lawyers For The People<br>1901 Harrison Street, Suite 1140<br>Oakland, CA 94612<br>Tel: (510) 929-5400<br>E-mail: Apointer@lawyersftp.com<br>**Attorneys for PLAINTIFF WALTER SCOTT** | **Scott Thomas Tropio, Esq.**<br>Tropio & Morlan<br>21700 Oxnard St., Ste. 1700<br>Woodland Hills, CA 91367<br>Tel: 818-883-4000<br>Fax: 818-883-4242 (fax)<br>E-mail: scott.tropio@wilsonelser.com<br>**Attorneys for DEFENDANT TESORO REFINING & MARKETING CO., LLC** |
| Daniel S. Hurwitz, Esq.<br>Wilson Elser Moskowitz<br>Edelman & Dicker LLP<br>555 S. Flower Street - Suite 2900<br>Los Angeles, CA 90071-2407<br>213.330.8764 (Direct)<br>310.709.7714 (Cell)<br>213.443.5100 (Main)<br>213.443.5101 (Fax)<br>E-mail: dan.hurwitz@wilsonelser.com<br>**Attorneys for DEFENDANT/CROSS-COMPLAINANT**<br>**TESORO REFINING & MARKETING CO., LLC and DEFENDANT ANDEAVOR, LLC** | |