AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| Walter Scott | ) |
| --- | --- |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 4:20-cv-04875-JSW |
| TESORO REFINING & MARKETING CO., ANDEAVOR, LLC, et al | ) |
| *Defendant(s)* | ) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Joe Gomes Trucking, Inc.
Registered agent: Dorene Lee Gomes
35943 CR24
Woodland, California 95695

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Anthony G. Buzbee          Adante Pointer
Ryan S. Pigg                Pointer and Buelna, LLP
The Buzbee Law Firm         1901 Harrison St # 1140, Oakland, CA 94612
JP Morgan Chase Tower
600 Travis Street, Suite 7300
Houston, Texas 77002

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

*Susan Y. Soong*

*Cynthia G. Lenahan*

*Signature of Clerk or Deputy Clerk*

Date: 04/30/2021