Mark E. Lowary, Esq. (SBN: 168994)
Brian T. Gravdal, Esq. (SBN: 239393)
BERMAN BERMAN BERMAN
SCHNEIDER & LOWARY, LLP
3890 Tenth Street
Riverside, California 92501
Telephone:   (951) 682-8300
Facsimile:    (951) 682-8331
E-Mails:      melowary@b3law.com; bgravdal@b3law.com

Attorneys for Defendant, TESORO REFINING & MARKETING CO., LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| WALTER SCOTT,<br><br>        Plaintiff,<br><br>v.<br><br>TESORO REFINING & MARKETING CO. and ANDEAVOR, LLC,<br><br>        Defendants.<br><br>AND RELATED CROSS-ACTION | **CASE NO. 4:20-cv-04875-JSW**<br><br>*Assigned to:*<br>*Hon. Jeffrey S. White – Courtroom 5*<br><br>**JOINT STIPULATION TO MODIFY THE COURT'S FEBRUARY 23, 2022 ORDER SETTING PRETRIAL AND TRIAL DATES; AND [PROPOSED] ORDER**<br><br>Complaint Filed:   July 21, 2020<br>Trial Date:         April 17, 2023 |

COME NOW the Parties, Plaintiff, WALTER SCOTT ("Plaintiff"); Defendant, CHRIS NASH TRUCKING, INC.; Defendant, JOE GOMES TRUCKING, INC.; and Defendant, TESORO REFINING & MARKETING CO., LLC ("TESORO") (collectively referred to as the "Parties"), by and through their respective counsel of record, and submit this Joint Stipulation to Modify the Court's February 23, 2022 Order Setting Pretrial and Trial Dates (Docket No. 78) and Proposed Order. In support thereof, the Parties stipulate and agree as follows:

//

//

//

## JOINT STIPULATION

1. On February 23, 2022, the Court entered its "Order Setting Trial and Pretrial Dates" (see Docket No. 78). The Order set the following dates and deadlines:

| | |
|---|---|
| Close of Fact Discovery | September 2, 2022 |
| Plaintiff's Expert Disclosure | September 23, 2022 |
| Defendants' Expert Disclosure | October 28, 2022 |
| Hearing on Dispositive Motions | December 16, 2022 |
| Pretrial Conference | February 17, 2023 |
| Jury Selection | March 15, 2023 |
| Trial | April 17, 2023 |

2. Counsel for Plaintiff and counsel for TESORO have had several meet and confer discussions about what the Parties would like to accomplish in order to posture this case for mediation and/or trial. The Parties are actively negotiating the following issues:

   a. Continuation of Close of Fact Discovery, Plaintiff's Expert Disclosure, and Defendants' Expert Disclosure as contemplated by the present Stipulation;

   b. Dates for Plaintiff's witness depositions and Defendants' PMKs; and

   c. Discussion of mediation following completion of all depositions.

3. Defendant PAC WEST TRUCKING & TRANSPORTATION, INC. has not appeared.

4. Defendant ALLIANCE TANK LINES, INC. has not appeared.

5. Good cause exists to grant the present Stipulation. The Parties have been working and continue to work cooperatively to complete written discovery and depositions, but additional time is necessary to complete necessary discovery for the Parties to fully evaluate this matter for settlement and/or trial.

//

6. The Parties intend on mediating the case once all necessary discovery is complete.

7. TESORO needs additional time to conduct necessary discovery in order to file a Motion for Summary Judgment. The current discovery deadline of September 2, 2022 and the current hearing date on dispositive motions (December 16, 2022) do not afford TESORO the time needed to accomplish this.

8. This is the second request by any party to continue the pre-trial and trial dates.

**THEREFORE, the Parties Stipulate and Agree:**

A. THAT the Close of Fact Discovery date should be continued approximately 60 days;

B. THAT the Plaintiff's Expert Disclosure date September 23, 2022 should be continued approximately 60 days; and

C. THAT the Defendants' Expert Disclosure date October 28, 2022 should be continued approximately 60 days.

DATED: September 6, 2022

BERMAN BERMAN BERMAN
SCHNEIDER & LOWARY, LLP

By:_____
MARK E. LOWARY, ESQ.
BRIAN T. GRAVDAL, ESQ.
Attorneys for Defendant,
TESORO REFINING & MARKETING CO., LLC

THE BUZBEE LAW FIRM

DATED: September 6, 2022

/s/
By:_____
RYAN STERLING PIGG, ESQ.
ANTHONY BUZBEE, ESQ.
MAURICIO GUEVARA, ESQ.
Attorneys for Plaintiff,
WALTER SCOTT

| | |
|---|---|
| DATED: September 14, 2022 | POINTER & BUELNA, LLP |
| | /s/<br>By:_____<br>ADANTE POINTER, ESQ.<br>Attorneys for Plaintiff,<br>WALTER SCOTT |
| DATED: September 8, 2022 | STONE & ASSOCIATES, APC |
| | /s/<br>By:_____<br>COLETTE STONE, ESQ.<br>JANE E. BEDNAR, ESQ.<br>Attorneys for Defendant,<br>CHRIS NASH TRUCKING, INC. |
| DATED: September 14, 2022 | McDOWELL SHAW GARCIA & PATTON |
| | /s/<br>By:_____<br>PAULA M. SHAW, ESQ.<br>MARISSA N. SINHA, ESQ.<br>Attorneys for Defendant,<br>JOE GOMES TRUCKING, INC. |

4
JOINT STIPULATION TO MODIFY THE COURT'S FEBRUARY 23, 2022 ORDER

# [~~PROPOSED~~] ORDER

The Joint Stipulation by the Parties, Plaintiff, WALTER SCOTT ("Plaintiff"); Defendant, CHRIS NASH TRUCKING, INC.; Defendant, JOE GOMES TRUCKING, INC.; and Defendant, TESORO REFINING & MARKETING CO., LLC, is approved. The February 23, 2022 Order Setting Pretrial and Trial Dates is modified as follows:

| | |
|---|---|
| **Close of Fact Discovery** | November 4, 2022 |
| **Plaintiff's Expert Disclosure** | November 18, 2022 |
| **Defendants' Expert Disclosure** | December 2, 2022 |
| Hearing on Dispositive Motions | ~~December 16, 2022~~ January 6, 2023 at 9:00 a.m. |
| Pretrial Conference | ~~February 17, 2023~~ March 13, 2023 at 2:00 p.m. |
| Jury Selection | ~~March 15, 2023~~ April 12, 2023 at 8:00 a.m. |
| Trial | April 17, 2023 at 8:00 a.m. |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: September 23, 2022

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT COURT